FILED
CLERK, U.S. DISTRICT COURT

JUL 1 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK N. BROOKS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J. L. NORWOOD, Warden,<br><br>　　　　Respondent. | NO. CV 08-4376 PSG (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 7/10 , 2008.

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE